## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 1:21-CR-00204** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **EMERY JOE GASPARD** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

### ORDER

This matter was referred to United States Magistrate Judge Joseph H.L. Perez-Montes for report and recommendation.  After an independent review of the record, and noting the Defendant's waiver of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 33] is correct and adopts the findings and conclusions therein as its own.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, in accordance with the terms of the Plea Agreement filed into the record of these proceedings, the guilty plea of the Defendant, Emery Joe Gaspard, is ACCEPTED, and he is fully adjudged guilty of the offense charged in Count 1 of the Indictment, consistent with the Report and Recommendation.

THUS, DONE AND SIGNED in Chambers on this 21st day of March 2022.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE